UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MAVUNGO,<br><br>                          Petitioner,<br><br>v.<br><br>JEFFERSON SESSIONS III,<br><br>                          Respondent. | Case No.: 19cv1431-LAB (JLB)<br><br>**ORDER DIRECTING NOTIFICATION OF PETITIONER'S ATTORNEY** |

      Petitioner Thomas Mavungo (also identified as Thomas Mavungu or Mavungo Thomas) filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, asking that he be granted asylum and that his order of removal not be carried out. He has apparently already sought removal by a petition for review, unsuccessfully.

      This Court has no jurisdiction to review final orders of removal under § 2241. *See Puri v. Gonzales*, 464 F.3d 1038, 1041 (9th Cir. 2006); *Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1052 (9th Cir. 2005). Federal jurisdiction is presumed to be lacking, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), and the party invoking the Court's jurisdiction must establish it. *See Spokeo, Inc. v. Robins,* 136 S.Ct. 1540, 1547 (2016).The Court therefore ordered Mr. Mavungo

to show cause why this case should not be dismissed for lack of jurisdiction. The Court instructed him to address jurisdiction, not the merits of his asylum claim.

Mavungo has now filed his response, which addresses only the merits of his claim. He asks that someone come visit him to discuss his case. The response identifies Mavungo's attorney or former attorney as Luis Macias. The Clerk is directed to forward a copy of this order and of Mr. Mavungo's most recent response to Mr. Macias at the physical and email addresses provided in his state bar profile.

**IT IS SO ORDERED**.

Dated: September 10, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge