UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MAVUNGO,<br><br>       Petitioner,<br><br>v.<br><br>JEFFERSON SESSIONS III,<br><br>       Respondent. | Case No.: 19cv1431-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

  Petitioner Thomas Mavungo (also identified as Thomas Mavungu or Mavungo Thomas) filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, asking that he be granted asylum and that his order of removal not be carried out. He has apparently already sought removal by a petition for review, unsuccessfully.

  This Court has no jurisdiction to review final orders of removal under § 2241. *See Puri v. Gonzales*, 464 F.3d 1038, 1041 (9th Cir. 2006); *Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1052 (9th Cir. 2005). Federal jurisdiction is presumed to be lacking, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), and the party invoking the Court's jurisdiction must establish it. *See Spokeo, Inc. v. Robins,* 136 S.Ct. 1540, 1547 (2016).The Court therefore ordered Mr. Mavungo

to show cause why this case should not be dismissed for lack of jurisdiction. The Court instructed him to address jurisdiction, not the merits of his asylum claim.

Mavungo has now filed his response, which addresses only the merits of his claim. Although his story is very moving, the Court has no power to hear his claim or grant him any relief. The Court has ordered that his former lawyer be notified about this case.

This action is **DISMISSED FOR LACK OF JURISDICTION**.

**IT IS SO ORDERED**.

Dated: September 16, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge